IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Charles Tingler,

    Plaintiff,

v.

Stephen Levorchick, et al,

    Defendants.

Case No. 3:22cv1131 LEAD

Related Cases: 3:22cv1136; 3:22cv1170 and 3:22cv1790

ORDER

Pending in this pro se civil case, is the Defendants' Motions to Dismiss and Motion for Judgment on the Pleadings in case number 3:22cv1131 (Docs. 12, 17 and 19). Plaintiff has failed to file a timely opposition to any of those motions. Plaintiff has also filed Motions to strike and discharge attorneys in case number 3:22cv1131 (Doc. 7) and 3:22cv1790 (Doc. 5). Defendant has filed an opposition to the motion to strike and discharge attorneys in case number 3:22cv1131 (Doc. 4). In light of the foregoing,

It is hereby,
Ordered that:

1. Each of the Defendants' Motions (Doc. 12, 17 and 19) are granted, with prejudice.

2. Plaintiff's motions to strike (Doc. 5 and 7) are denied as moot with prejudice.

.

3. The Clerk shall neither file nor lodge any further pleadings by the Plaintiff in this dismissed case.

So Ordered.

<u>s/ James G. Carr</u>          DATE: 3/27/2023
Sr. United States District Judge